FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 13, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA ANDERSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>SYNCHRONY BANK and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　　　Defendants. | No.  4:23-CV-05131-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 12** |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 12.  The parties stipulate to the dismissal of all of Plaintiff's claims against Defendants, with prejudice and without an award of attorneys' fees or costs to any party.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.  The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS ORDERED:**

ORDER - 1

**1.** The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No. 12**, is **GRANTED.**

**2.** Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims are **DISMISSED with prejudice**, without an award of fees or costs.

**3.** Any pending motions are **DENIED as moot.**

**4.** All hearings and other deadlines are **STRICKEN.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE** the file.

DATED December 13, 2023.

<u>*s/Mary K. Dimke*</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2